CM/ECF volpmd
(Rev. 01/28/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re:  Annie R Isaiah
　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　Case No.: 11–14487–DWH
　　　　　　　　　　　　　　　　　　　Chapter:7
　　　　　　　　　　　　　　　　　　　Judge:David W. Houston III

---

**ORDER AND NOTICE AS TO DEFICIENCY(IES) AND**
**PROPOSED DISMISSAL OF CASE**

　　　Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above–captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by a factual sworn affidavit showing good cause.

　　　In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Statement of Financial Affairs due 10/17/2011

　　　To permit time for this noticing, if the required paperwork and/or fees are not timely filed and/or paid by 10/17/11 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 10/3/11

　　　　　　　　　　　　　　　　　　　David W. Houston III
　　　　　　　　　　　　　　　　　　　Judge, U.S. Bankruptcy Court